CEY-01, An Unincorporated Association, Pro se
Dennis Gray, Administrator
C/o 954 Surrey Drive
Bonita, California state [91902]
non-domestic without US

FILED
08 APR 17 AM 9:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

DEPUTY

# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEY-01, An Unincorporated Association ) <br> Plaintiff ) <br> ) <br> Vs. ) <br> ) <br> ) <br> BANK OF AMERICA ) <br> Defendant ) <br> ) | CIVIL ACTION NO. <br><br> '08 CV 0700 LAB LSP |

## *COMPLAINT FOR DAMAGES*

With Supplemental of Jurisdiction

Pursuant to 28 USC 1367

COMES NOW CEY-01, Plaintiff as above stated with the following Petition of Complaint for Damages concerning the real property of the petitioner know as 1815 Sunrise Bluff Drive, San Diego CA 92154. This Complaint for Damages is set forth on the following grounds with;

## APPLICABLE LAW

The following Applicable Statues are set forth in this as Mandatory Authority;

*CEY- COMPLAINT FOR DAMAGES - 1 -*

Mandatory Authority

28 U.S.C.A. 1367, 28 U.S.C.A. 1367(a), 28 U.S.C.A. 1367(e) (d), 11 U.S.C.A 362(C), 12 U.S.C. 3752(1), 12 U.S.C. 3755 12 U.S.C. 3752(3), 12 U.S.C. 3752(7), 12 U.S.C. 3758(1), 12 U.S.C. 3752(1), 12 U.S.C. 3758 (2)(A)(i), 12 U.S.C. 3758 (3)(A), Title 15 Fair Debt Collections Act, 28 USCA 1201(RESPA) Article 3 section 603 of the UCC

1.

The Defendant's shall not be a bona fide purchaser at foreclosure with notice of any adverse claim pursuant to 12 U.S.C. 3752(1).

2.

The Defendant BANK OF AMERICA did unlawfully violate Fair Debt Collections Act with foreclosure proceedings.

3.

The Defendant's BANK OF AMERICA did unlawfully violate Article 3 section 306 of the Uniform Commercial Code foreclosure proceedings.

4.

The Defendant's BANK OF AMERICA did unlawfully violate foreclosure proceedings conducted below true market vale of the property owned by the Plaintiff.

5.

The Defendant's BANK OF AMERICA did unlawfully violate C.C.C. 2924.3 foreclosure proceedings.

6.

The Defendant's BANK OF AMERICA did unlawfully violate C.C.C. **2924.3(d)** foreclosure proceedings.

WHEREFORE the plaintiff demands the following relief

1. The honorable court award compensatory damages to the plaintiff in the amount of $650,000 by entering a judgment against Defendant's BANK OF AMERICA
2. This honorable court issue a **Rule nisi to foreclosure**
3. Grant all relief this Court deems just and proper.

## **VERIFICATION**

### **(Affidavit)**

The undersigned Affiant CEY-01 by appellation does herewith swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I **do not** have an attorney to represent me in this case. Also that the contents are true, correct and not misleading to the best of my knowledge.

CEY-01, Dennis Gray, Admin
CEY-01, Dennis Gray, Administrator
Petitioner
Pro se

CEY-01, An Unincorporated Association, Pro se
Dennis Gray, Administrator
C/o 954 Surrey Drive
Bonita, California state [91902]
non-domestic without US

## IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### CERTIFICATE OF SERVICE

I, <u>Jason Gray</u> certify that this pleading was served by U.S. Mail with adequate postage there upon the Defendant, BANK OF AMERICA, by mailing a true copy to the Trustee Sale Officer address of record below as follows:

This 17th day of April, 2008

_____
Jason Gray

Trustee Sale Officer:

NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
(866) 795-1852

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
CEY-01, Unincorporated Association

### DEFENDANTS
BANK OF AMERICA

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Guilford / N.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Dennis Gray, Administrator, C/o 954 Surrey Drive
Bonita, California state [91902], (619) 399-1066

Attorneys (If Known): '08 CV 0700 LAB LSP

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health |  | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 710 Fair Labor Standards Act | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☒ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** |  | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
12 USC 3752 (1)
Brief description of cause:
Wrongful foreclosure proceedings

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 04/17/2008
SIGNATURE OF ATTORNEY OF RECORD: CEY-01, Dennis Gray (admin)

**FOR OFFICE USE ONLY**
RECEIPT # 149835   AMOUNT $350   APPLYING IFP   JUDGE   MAG. JUDGE

MS 4/17

```
        UNITED STATES
        DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

     # 149835     -- MS
     * * C O P Y * *
        April 17, 2008
           09:10:57


        Civ Fil Non-Pris
USAO #.: 08CV0700-LAB
Judge..: LARRY A BURNS
Amount.:              $350.00 CA



      Total-> $350.00


FROM: CEY-01, UNINCORPORATED ASSOC.
```