Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

TRANSMITTER
**CEY-01, Unincorporated Association**

vs

**BANK OF AMERICA**

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0700 LAB LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

CEY-01, Dennis Gray, Administrator
C/o 954 Surrey Drive
Bonita, California state [91902]. (619) 399-1066

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                              APR 17 2008
CLERK                                               DATE

By _____, Deputy Clerk

Summons in a Civil Action                                        Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)