CEY-01, An Unincorporated Association, Pro se
Dennis Gray, Administrator
C/o 954 Surrey Drive
Bonita, California state [91902]
non-domestic without US

FILED
08 APR 17 AM 9:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEY-01,<br>    Plaintiff<br><br>Vs.<br><br><br>BANK OF AMERICA<br>    Defendant | CIVIL ACTION NO.<br><br>'08 CV 0700 LAB LSP |

## NOTICE OF FEDERAL LIS PENDENS

TO ALL PERSONS be it known of the pending litigation in The United States District Court for the Southern District of California with

case # _____.

## NOTICE OF FEDERAL STAY AND ADVERSE CLAIM

*CEY- COMPLAINT FOR DAMAGES - 5 -*

This lis pendens shall serve notice of pending adverse claim serving as a legal **impediment** and **stay** against **any** bona fide purchasers at **foreclosure** sale pursuant to 12 USC 3752(1) cited herein as **Section 3752. Definitions**

For purposes of this chapter, the following definitions **shall** apply:

(1) Bona fide purchaser

The term "bona fide purchaser" means a purchaser for value in good faith and without notice of **any** adverse claim, and who acquires the security property free of **any** adverse claim.

**LEGAL DESCRIPTION**

1815 Sunrise Bluff Drive, San Diego, CA 92154

APN No. 645-342-27

*CEY-01, Dennis Gray, admin*
CEY-01, Dennis Gray, Administrator
Petitioner
Pro se

Approved By:

_____   _____
Dated             District Court Judge