

FILED

**4/17/08**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**CEY-01**                                                **08cv700 LAB(LSP)**

**-v-**

**Bank of America**

# STRICKEN DOCUMENT

**4-Amended Complaint**

**4**