```
SRI-01, An Unincorporated Association, Pro se
Dennis Gray, Administrator
C/o 954 Surrey Drive
Bonita, California state [91902]
non-domestic without US
```

FILED
08 APR 17 PM 2:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI-01,<br>　　Plaintiff<br><br>Vs.<br><br><br>BANK OF AMERICA<br>　　Defendant | CIVIL ACTION NO.<br>**08 CV 0700 LAB LSP** |

*AMENDED* **NOTICE OF FEDERAL LIS PENDENS**

TO ALL PERSONS be it known of the pending litigation in The United States District Court for the Southern District of California with

Case # **08 CV 0700 LAB LSP**

**NOTICE OF FEDERAL STAY AND ADVERSE CLAIM**

*CEY- 1st Amended COMPLAINT FOR DAMAGES - 5 -*

1. This lis pendens shall serve notice of pending adverse claim serving as a legal **impediment** and **stay** against **any** bona fide purchasers at **foreclosure** sale pursuant to 12 USC 3752(1) cited herein as **Section 3752. Definitions**

For purposes of this chapter, the following definitions **shall** apply:

(1) Bona fide purchaser

The term "bona fide purchaser" means a purchaser for value in good faith and without notice of **any** adverse claim, and who acquires the security property free of **any** adverse claim.

## LEGAL DESCRIPTION

Lot 83 in Princess Park in California Terrace located in the City of San Diego, County of San Diego, State of California according to map thereof No. 14730 filed in the Office of the County Recorder of San Diego County, California on December 31, 2003.

Commonly Known as: 1815 Sunrise Bluff Drive, San Diego, CA 92154

APN No. 645-342-27

SRI-01- *[signature]* Dennis Gray (admin)
SRI-01, Dennis Gray, Administrator
Petitioner
Pro se

Approved By:

_____    _____
Dated                                          District Court Judge