# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SRI-01, AN UNINCORPORATED ASSOCIATION.

vs

BANK OF AMERICA

AMENDED
**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 0700 LAB LSP

FILED
08 APR 17 PM 2:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

SRI-01, DENNIS GRAY, ADMINISTRATOR.
954 SURREY DR,
BONITA, CA [91902]
(619) 399-1066

An answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By J. Hinkle, Deputy Clerk

DATE 4/17/08

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS:WORDPERFECT:14443:1 May 5, 1999 (11:34am)

082