# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

*FILED 08 MAY 22 PM 2:58*
*CLERK, U.S. DISTRICT COURT*
*SOUTHERN DISTRICT OF CALIFORNIA*
*BY: ___ DEPUTY*

*This space for Clerk's Office File Stamp*

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE __Burns__
FROM: __J. Paris,__ Deputy Clerk       RECEIVED DATE: __5/20/08__
CASE NO.: __08cv700__    DOCUMENT FILED BY: __CEY-01__
CASE TITLE: __CEY-01 v. Bank of America__
DOCUMENT ENTITLED: __Amended Complaint__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Documents not timely |

*[Handwritten:] The Plaintiff in this case is "CEY-01, an Unincorporated Association." For reasons stated in the Court's order of April 21, 2008, Plaintiff may not abandon its suit and assign this case number to a new plaintiff without some satisfactory explanation. See Order of 4/21/08 at 2:1*

Date forwarded: __5/20/08__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **LARRY ALAN BURNS, U.S. DISTRICT JUDGE**

Dated: __5-21-08__    By: _[signature]_

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

1  Perlita Bautista, Movant/Intervenor
2  4846 Sea Water Lane
   San Diego, CA 92154       
3  619-863-3669

4
                IN UNITED STATES DISTRICT COURT
5
              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
6

7  _____

8  Perlita Bautista, Pro se        )
          Plaintiff                )
9                                  )      CIVIL ACTION NO.
10 Vs.                             )      08 CV 0700 LAB (LSP)
                                   )
11                                 )      AMENDED COMPLAINT
   BANK OF AMERICA                 )      FOR DAMAGES
12        Defendant                )
                                   )
13                                 )
   _____
14

15              *AMENDED COMPLAINT FOR DAMAGES*

16              With Supplemental of Jurisdiction

17                   Pursuant to 28 USC 1367

18

19      COMES NOW PERLITA BAUTISTA, Plaintiff as above stated with the following

20 Petition of Complaint for Damages concerning the real property of the petitioner know as 1815

21
   Sunrise Bluff Drive, San Diego CA 92154. This Complaint for Damages is set forth on the
22
   following grounds with;
23

24                        APPLICABLE LAW

25      The following Applicable Statues are set forth in this as Mandatory Authority;

26

27
                          Mandatory Authority
28

           *Perlita Bautista Amended COMPLAINT FOR DAMAGES - 1 -*